UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: TINA M. WHITE                    CASE NO.: 09-14136

CHAPTER 13

# RELIEF IS SOUGHT FROM A
# UNITED STATES DISTRICT JUDGE

## MOTION TO WITHDRAW THE REFERENCE
## FROM THE DISTRICT COURT TO THE BANKRUPTCY COURT

NOW INTO COURT, through undersigned counsel, comes **TINA M. WHITE,** debtor in the above captioned bankruptcy, who respectfully represents as follows:

1.

Your Movant filed for relief under Chapter 13 of the Bankruptcy Code on December 21, 2009, and has, since that time, requested confirmation of a plan filed in that case, along with approval of attorneys fees and reimbursement to her attorneys for expenses which they advanced in the prosecution of her Chapter 13 Bankruptcy Case, including filing fees, debtor education fees, credit counseling fees, and the pulling of credit reports in order to prepare the bankruptcy petition and related documents.

2.

Since that time, and for reasons stated in the accompanying memorandum, the debtor has been unable to obtain a confirmation hearing due to matters related to the reimbursement of the aforesaid expenses to her attorneys.

3.

For the reasons stated in a forth coming memorandum, the debtor asserts that withdrawal of the reference to the United States District Court is the only potential remedy in order to get a confirmation hearing and have a court decide the sole issue of the reimbursement of costs to her attorneys as described above.

4.

The District Court has jurisdiction over these proceedings pursuant to 28 U.S.C. §§ 1334 and 157.

5.

While the confirmation of the plan and the allowance of these expenses for debtor's counsel would be considered core matters pursuant to 28 U.S.C. § 157, Movant would respectfully suggest that this Court exercise its discretionary withdrawal of the reference as to these matters.

**WHEREFORE, MOVANT PRAYS** that a United States District Judge hear this motion pursuant to Local Civil Rule 83.4.3 and Local Bankruptcy Rule 9029-3, and, that after due proceedings are had, that the reference of the confirmation of the debtor's plan and the allowance of fees and expenses to debtor's counsel be withdrawn pursuant to 28 U.S.C. § 157(d) and Local Civil Rule 83.4.3, and for such other and further relief as is justified in the premises.

Alexandria, Louisiana,  on this date:  April 15, 2010.

Respectfully submitted by:

**MCBRIDE & COLLIER**

  **/s/ Glay H. Collier, II**
**Glay H. Collier, II**
920 Pierremont Suite 511
Shreveport, LA 71106
(318) 861-6866
Fax : (318) 861-6799
Email: court@mcbride-collier.com

**ATTORNEYS FOR MOVANT**

- AND -

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

**/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
Michael J. Floyd (Bar Roll #32454)
P. O. Box 6118
Alexandria, LA   71307-6118
Telephone: (318) 445-6471
Facsimile:  (318) 445-6476
Email: bdrell@goldweems.com

**ATTORNEYS FOR MCBRIDE & COLLIER**

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing motion on Lucy G. Sikes, Chapter 13 Trustee, P.O. Box 1770, Shreveport, LA 71166 and her counsel, Linda Ledbetter, P.O. Box 1770, Shreveport, LA 71166, Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101; Thomas B. Thompson, Assistant United States Attorney, 800 Lafayette Street #2200, Lafayette, LA 70501-6832, and Stephanie R. Marcus, Attorney, Department of Justice, Washington, D.C. 20530-0001, by placing a copy of same in the United States Mail, properly addressed, with prepaid postage affixed.

Alexandria, Louisiana, this 15th day of April, 2010.

           /s/ Bradley L. Drell
           OF COUNSEL