

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| TINA M. WHITE | CIVIL ACTION NO. 5:10CV645 |
| VERSUS | JUDGE STAGG |
| CLERK U S BANKRUPTCY COURT (SHREVEPORT) | MAGISTRATE JUDGE HORNSBY |

### NOTICE OF MOTION SETTING

Please take notice that the motion for Withdrawal of Reference (Document No. 1) filed by Plantiff on April 16, 2010 has been referred to the Honorable Tom Stagg. A written ruling will be issued in due course.

### Deadlines

Any party who opposes the motion may file a memorandum in opposition within **twenty one (21) days** from the date of this notice. The movant may file a reply memorandum, without leave of court, within **seven (7) days** after the date on which the memorandum in opposition is filed. Local rule 7.8W governs the length of the memoranda. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record **without** oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A paper courtesy copy of the motion, opposition, and reply brief must be delivered to chambers promptly after filing. The mailing address is 300 Fannin St., Suite 4100, Shreveport, LA, 71101-3091

**DATE OF NOTICE: April 19, 2010.**

TONY R. MOORE
CLERK OF COURT

COPY SENT
DATE:           April 19, 2010
BY:             mht