U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 27 2010

TONY R. MO___, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: TINA M. WHITE | CIVIL NO. 10-0645<br>JUDGE TOM STAGG |

# ORDER

For the reasons assigned in the Report and Recommendation of Chief United States Bankruptcy Judge Robert Summerhays previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Chief Bankruptcy Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Withdraw the Reference (Record Document 1)** is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of July, 2010.

JUDGE TOM STAGG